**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR VALENZUELA, | No. 1:26-cv-01009 KES FJS (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| WARDEN, FCI-MENDOTA, | |
| Respondent. | Doc. 5 |

Oscar Valenzuela is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting violations of his rights during the course of a disciplinary hearing. *See generally* Doc. 1. The assigned magistrate judge performed a preliminary review of the petition and found Valenzuela did not show that his due process rights were violated. Doc. 5 at 3-5. The magistrate judge also noted Valenzuela "admitted to the charges" during the disciplinary proceedings, and his "admission of guilt constitutes at least 'some evidence' to support the guilty finding." *Id.* at 4. The magistrate judge recommended the Court summarily dismiss the petition for writ of habeas corpus. *Id.* at 5.

On February 10, 2026, the Court served the findings and recommendations on Valenzuela and notified him that any objections were to be filed within 21 days. Doc. 5 at 5. The Court advised Valenzuela that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* at 5-6 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th

1

Cir. 2014)). Valenzuela did not file objections, and the time to do so expired.

In accordance with 28 U.S.C. § 636 (b)(1), the Court conducted a de novo review.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

The Court **ORDERS**:

1.    The findings and recommendations issued on February 10, 2026 (Doc. 5), are **ADOPTED** in full.

2.    The petition for writ of habeas corpus is **DISMISSED**. and

3.    The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    March 30, 2026

_____
UNITED STATES DISTRICT JUDGE

2